# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CRUZ, | No. 2:16-cv-00498 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM MUNIZ, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 31, 2017, the court recommended that the petition be denied. ECF No. 26. Objections thereto were due within twenty-one days. Id. On August 14, 2017, petitioner sought a thirty day extension of the deadline to file his objections – up to September 17, 2017. ECF No. 27. Petitioner's motion for extension of time is granted. His objections to the findings and recommendations (ECF No. 26) are due on or before September 18, 2017.[1]

SO ORDERED.

DATED: August 16, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] September 17, 2017 falls on a Sunday.