UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CRUZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM MUNIZ, WARDEN,<br><br>Respondent. | No. 2:16-cv-0498-TLN-AC P<br><br><br>**ORDER** |

Petitioner has filed a request for reconsideration of this Court's order issued September 28, 2017 (ECF No. 31) affirming the order of the magistrate judge issued July 31, 2017 (ECF No. 26). Petitioner has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon the prior motion. *See* E.D. Local Rule 230(j). Accordingly, the motion for reconsideration (ECF No. 33) is hereby DENIED.

Dated: September 20, 2018

Troy L. Nunley
United States District Judge

1